AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

FILED BY ___ D.C.

APR 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

| | |
|---|---|
| United States of America<br>v.<br>JAMES EMILUS,<br><br>*Defendant(s)* | Case No. 19-8167-BER |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/3/18__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Possession of firearm by prohibited person, convicted felon. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael James, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/19/19

_____
*Judge's signature*

City and state: West Palm Beach, FL    Bruce E. Reinhart, US Magistrate Judge
*Printed name and title*

## Affidavit in Support of
## Criminal Complaint

I, Michael James, first being duly sworn, do hereby depose and state as follows:

1.      Your affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter "ATF"), and have been employed in that capacity since December of 2013. Prior to employment with ATF, I served as a Police Officer with the United States Park Police for four years, and as an agent with the United States Border Patrol for five years. I have received training, both formal and informal, in the investigation of complex criminal organizations and firearms offenses. I have participated in investigations relating to explosives, firearms and illegal narcotics violations. I have been involved in criminal investigations, contraband seizures, undercover operations and have participated in the execution of over thirty search and arrest warrants.

2.      This affidavit is submitted in support of a criminal complaint and arrest warrant charging JAMES EMILUS (hereinafter "EMILUS") with violating federal law, that is, possession of a firearm by a prohibited person – convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

3.      This affidavit includes both information known personally by your affiant, as well as information and evidence provided to me by law enforcement officers and other individuals with personal knowledge of the facts and evidence herein. Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint and an arrest warrant, it does not purport to contain all the information known regarding this investigation, but rather only those facts necessary to establish probable cause.

**Facts in Support of Probable Cause**

4. On October 3, 2018, at approximately 9:56 a.m., deputies from the Palm Beach County Sheriff's Office observed EMILUS sitting in a common area of an apartment complex located on the northwest corner of 9th Avenue South and South G Street, within Lake Worth, Florida. At that time, EMILUS was known to have an active arrest warrant.

5. Deputies positioned themselves around the apartment complex in order to apprehend EMILUS. As deputies approached, EMILUS began to flee southbound through the apartment complex. Deputy Sherriff Garten ordered EMILUS to stop; however, EMILUS continued running and did not stop. Deputy Sherriff Garten then observed EMILUS throw down a set of keys onto the ground.

6. EMILUS continued running and entered onto the property of an apartment building in the 900 block of South G Street, Lake Worth, Florida. Deputy Sheriff Garten then used his department issued taser to stop EMILUS' flight. Once on the ground, EMILUS continued to resist and refused to give officers one of his arms so that handcuffs could be placed on him.

7. Deputies were eventually able to place EMILUS in handcuffs. While he was being walked to a patrol car, EMILUS attempted to lunge away from deputies in attempt to escape. Deputies grabbed him and placed him on the ground. While on the ground, EMILUS began to reach towards his right front pocket, at which point deputies quickly subdued him and checked his right front pocket. Inside, deputies located a Glock, model 19, 9 mm semi-automatic pistol.

8. Deputies recovered the set of keys that EMILUS had earlier thrown onto the ground while fleeing. On the key chain, was an automobile key to a Mercedes. Deputies then located a white Mercedes inside the same apartment complex that EMILUS was originally observed. They determined that the key located on the key ring operated the white Mercedes. Deputies observed

that there was a black scale on the ledge of the driver door, along with a clear plastic bag that appeared to contain a brown/white substance.

9. Deputies subsequently obtained a search warrant for the white Mercedes. Upon execution of the search warrants, deputies recovered the following items which were later processed for possible DNA and placed into evidence:

    a. one (1) Smith and Wesson, M&P pistol,

    b. one (1) Springfield, XD pistol and

    c. approximately 1.6 kilograms of suspected marijuana contained within plastic bags.

10. In furtherance of the investigation, Deputy Sheriff Haugh obtained a search warrant to collected EMILUS's DNA to be compared to any potential DNA located on the firearms. Deputy Haugh subsequently executed the search warrant by obtaining swabs from EMILUS which contained a standard of his DNA. Those swabs were then sent to DNA Labs International to be compared to DNA swabs taken from the firearms. DNA Labs International issued an analysis report which determined the following:

    a. swabs from the from the frame/slide of the Smith and Wesson pistol indicated that the DNA profile obtained is approximately 12 trillion times more probable if the sample originated from EMILUS and three unknown persons, than if it originated from four unknown persons.

    b. swabs from the from the frame/slide of the Springfield Armory pistol indicated that the DNA profile obtained is approximately 61 quadrillion times more probable if the sample originated from James EMILUS and three unknown persons than if it originated from four unknown persons.

11. Your Affiant conducted a background investigation of EMILUS's criminal history. The investigation revealed that at all times material hereto, that is, prior to October 3, 2018, EMILUS had been convicted in Palm Beach County, Florida of the following felony offenses:

| Case# | Charge |
|---|---|
| 2017CF01081AXX | Possession of Oxycodone |
| 2014CF011445AMB | Possession Of Marijuana |
| 2014CF011446AMB | Fleeing or Attempting to Elude |
| 2014CF011446AMB | Possession of Cocaine |
| 2013CF011327AMB | Possession of Marijuana with Intent to Sell |
| 2013CF000222AMB | Sale of Cocaine |
| 2012CF006862AMB | Possession of Cocaine |

12. In conjunction with this case, I have consulted with ATF West Palm Beach Resident Agent-in-Charge (RAC) Robert Shirely - an ATF Interstate Commerce Nexus Expert. RAC Shirely advised, that based upon his expert training and experience, all of the firearms found in EMILUS' possession were manufactured outside the State of Florida, and thus have traveled in and affected interstate and/or foreign commerce.

13. Furthermore, the Florida Office of Executive Clemency provided your affiant with a certificate of no pardon, indicating that EMILUS' right to possess a firearm has been restored.

FURTHER YOUR AFFIANT SAITH NAUGHT.

Michael James
Special Agent, ATF

Sworn to and subscribed before me
this _19_ day of April __, 2019, at
West Palm Beach, Florida.

HONORABLE BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-8167-BER

UNITED STATES OF AMERICA

v.

JAMES EMILUS,

        Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0772321
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711
Fax: (561) 820-8777
Email: Adam.McMichael@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** **JAMES EMILUS**

**Case No.:** 19-8167-BER

**Counts # 1:**

Possession of firearm by prohibited person, convicted felon.

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:**   10 Years Imprisonment; 3 Years Supervised Release; $250,000 Fine and $100 Special Assessment.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**